# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TIEQUAIL BROWN**                                                                    **PLAINTIFF**
*ADC #185015*

**v.**                          **No: 4:24-cv-00355-JM-PSH**

**KIM PARSONS,** *et al.*                                                   **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. Mr. Brown has not filed any objections and the time for doing so has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the defendants' motions for summary judgment (Doc. Nos. 30 & 33) are granted. Brown's claims are dismissed with prejudice.

DATED this 25th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE