## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TIEQUAIL BROWN**                                                              **PLAINTIFF**
*ADC #185015*

**v.**                              **No: 4:24-cv-00355-JM-PSH**

**KIM PARSONS,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case

with prejudice.

DATED this 25th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE